UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:20-CR-00188-D

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>RANDELL LAWRENCE ALEXANDER | **ORDER TO SEAL** |

On motion of the Defendant, Randell Lawrence Alexander, and for good cause shown, it is hereby ORDERED that [DE 48] be sealed until otherwise ordered by the Court, except that copies may be provided to the United States Attorney's Office and Counsel for the above-named Defendant.

IT IS SO ORDERED.

This **20** day of July, 2022.

*/s/ Dever*
JAMES C. DEVER III
United States District Judge